**Supreme Court**
No. 2022-277-Appeal.
(KD 22-370)

Craig E. Overton          :

v.          :

John K. Dunn.          :

# O R D E R

This matter came before the Supreme Court on September 28, 2023, pursuant to an order directing the parties to show cause why the issues raised in this appeal should not be summarily decided. Prior to oral argument, this Court was advised that the parties entered into a settlement agreement and the plaintiff, Craig E. Overton (Overton), filed a motion to cancel oral argument. On September 22, 2023, this Court issued an order directing the defendant, John K. Dunn (Dunn), to advise the Court whether this matter had been resolved, and if it had been resolved, to file a dismissal stipulation by 4:00 p.m. on Tuesday, September 26, 2023. This Court received no response from Dunn.

At oral argument, Overton appeared and confirmed that a settlement agreement had been reached, informed the Court that he had received the funds at

issue, and that he had no objection to this case being dismissed. Dunn did not appear at oral argument.

The appeal in this case is dismissed and this matter shall close. The papers in this case are remanded to the Superior Court.

The plaintiff's motion to cancel oral argument is denied as moot.

Entered as an Order of this Court this 20th day of October, 2023.

By Order,

/s/ Meredith A. Benoit, Clerk
_____
Clerk



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | Craig E. Overton v. John K. Dunn. | |
| **Case Number** | No. 2022-277-Appeal.<br>(KD 22-370) | |
| **Date Order Filed** | October 20, 2023 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | Kent County Superior Court | |
| **Judicial Officer from Lower Court** | Associate Justice Brian Van Couyghen | |
| **Attorney(s) on Appeal** | For Plaintiff:<br><br>Craig E. Overton, *pro se* | |
| | For Defendant:<br><br>John K. Dunn, *pro se* | |

SU-CMS-02B (revised November 2022)